

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-12-00105-CV

In the Matter of the **ESTATE OF** Martha Jane **VALDEZ**, Deceased

From the Probate Court No. 2, Bexar County, Texas
Trial Court No. 2008-PC-3026
Honorable John D. Hutchinson, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's order is AFFIRMED. We tax costs of appeal against Appellant Jerry Valdez.

SIGNED May 29, 2013.

Patricia O. Alvarez, Justice